ROSLYN HEAD LYONS, *Pro Se* Plaintiff
6132 Buena Venture Avenue
Oakland, CA 94605
(510) 915-4293 (P)
klons1@aol.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROSLYN HEAD LYONS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAMEDA HEALTH SYSTEM,<br><br>    Defendant | Case No.: 20-cv-08088-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE DEADLINE FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Good case appearing, the motion is GRANTED. Plaintiff's deadline to respond to Defendant's Motion to Dismiss is due on or before FEBRUARY 25, 2021, and Defendant's reply is due seven days after receipt, but no later than MARCH 4, 2021.

　　IT IS SO ORDERED.

Date:  1/20/2021

　　　　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States Judge