ROSLYN HEAD LYONS, *Pro Se* Plaintiff
6132 Buena Venture Avenue
Oakland, CA 94605
(510) 915-4293 (P)
klons1@aol.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ROSLYN HEAD LYONS,<br><br>  Plaintiff,<br><br>vs.<br><br>ALAMEDA HEALTH SYSTEM,<br><br>  Defendant | Case No.: 20-cv-08088-HSG<br><br>**ORDER FOR LEAVE TO FILE PLAINTIFF'S INITIAL CASE MANAGEMENT STATEMENT (as modified)** |

    Good case appearing, the motion is GRANTED. Plaintiff's deadline to file her Initial Case Management Statement is extended to February 11, 2021. Plaintiff is directed to e-file her Initial Case Management Statement on the date set forth wkj.

    IT IS SO ORDERED.

Date:  2/11/2021

_____
HAYWOOD S. GILLIAM, JR.
United States Judge

**ORDER FOR LEAVE TO FILE PLAINTIFF'S INITIAL CASE MANAGEMENT STATEMENT**

PAGE 1 OF 1